NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1518, -1519

TARGET CORPORATION, QINGDAO KINGKING APPLIED CHEMISTRY CO., LTD.,
DALIAN TALENT GIFT CO., LTD., SHANGHAI AUTUMN LIGHT ENTERPRISE CO.,
LTD., ZHONGSHAN ZHONGNAM CANDLE MANUFACTURER CO., LTD., AMSTAR
BUSINESS CO., LTD., JIAXING MOONLIGHT CANDLE ART CO., LTD.,
and SHONFELD'S (USA), INC.,

Plaintiffs,

and

NANTUCKET DISTRIBUTING CO., INC.,

Plaintiff-Appellant,

and

SPECIALTY MERCHANDISE CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

NATIONAL CANDLE ASSOCIATION,

Defendant-Appellee.

Appeal from the United States Court of International Trade in
case no. 06-00383, Judge Leo M. Gordon.

ON MOTION

O R D E R

Upon consideration of the unopposed motion for an extension of time, until November 10, 2009 for the appellants to file their briefs, and an extension of time, until January 15, 2010, for the appellees to file their briefs,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

OCT 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Max F. Schutzman, Esq.
     Karen A. McGee, Esq.
     Jeffrey S. Neeley, Esq.
     Marguerite E. Trossevin, Esq.
     Michael J. Dierberg, Esq.
s19



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 3 0 2009

JAN HORBALY
CLERK